IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
GEORGE T. SHAW,                )
        Plaintiff,             )
                               )
     v.                        )  Civil Action No. 07-1183
                               )
PITTSBURGH BOARD OF PUBLIC     )
EDUCATION, ET AL.,             )
        Defendants.            )
```

## ORDER

AND NOW, this 30th day of December, 2008, IT IS HEREBY ORDERED that parties shall proceed as follows:

1) Plaintiff's pretrial narrative statement shall be filed by January 9, 2009.

2) Defendants' pretrial narrative statement shall be filed January 23, 2009.

3) The parties shall file any motions in limine, proposed points for charge and proposed voir dire no later than January 30, 2009.

4) The nonmoving party's response to any motion in limine shall be due no later than February 6, 2009.

5) All other aspects of the Court's Final Scheduling Order, dated August 29, 2008, shall remain in full force and effect.

6) **THERE WILL BE NO FURTHER EXTENSION GRANTED**.

BY THE COURT:

s/Gary L. Lancaster            , J.
Hon. Gary L. Lancaster,
United States District Judge

cc: All Counsel of Record